ENVIRONMENTAL SAFETY
CONSULTANTS, INC.,
Appellant,

v.

H.T. JOHNSON, Acting Secretary
of the Navy, Appellee.

No. 03–1486.

United States Court of Appeals,
Federal Circuit.

DECIDED: Sept. 4, 2003.

ORDER

The appellant having paid the required filing fee for the appeal on September 2, 2003,

IT IS ORDERED THAT:

The court's August 20, 2003, order dismissing the appeal is vacated, the mandate is recalled, and the appeal is reinstated.

Shirley M. WEST, Petitioner,

v.

DEPARTMENT OF THE AIR
FORCE, Respondent.

No. 02–3348.

United States Court of Appeals,
Federal Circuit.

DECIDED: Sept. 5, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).